1
NICHOLAS A. TRUTANICH
United States Attorney
2
District of Nevada
Nevada Bar Number 13644
3
EDWARD G. VERONDA
Assistant United States Attorney
4
501 Las Vegas Boulevard South
Suite 1100
5
Las Vegas, Nevada  89101
702-388-6336
6
Edward.G.Veronda@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | ) |
| | ) Case No.: 2:21 mj 00150-EJY |
| Plaintiff, | ) |
| | ) Stipulation to Continue Preliminary |
| vs. | ) Hearing Date (First Request) |
| | ) |
| JACQUAVIUS TRISHUN POWELL | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A.

Trutanich, United States Attorney, Edward Veronda, Assistant United States Attorney,

counsel for the United States of America and Nicholas Wooldridge, Esq., counsel for

defendant Jacquavius Powell.

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR

March 4, 2021, at 4:00 p.m. before U.S. Magistrate Elayna J. Youchah be vacated and set to

a time convenient for the Court, but no earlier than 60 days from the current setting.

This stipulation is entered into for the following reasons:

1.  The government will provide counsel for  the defendant with limited Rule 16

Discovery in order to facilitate a possible pre-indictment resolution.  Counsel for the

1    defendant requests an opportunity to review the discovery and discuss it with his

2    client prior to a preliminary hearing or an indictment.

3    2.  Defense counsel and counsel for the government agree to the continuance.

4    3.  The defendant is not detained and agrees to the continuance.

5    4.  Denial of this request for a continuance could result in a miscarriage of justice.

6    5.  The additional time requested by this Stipulation is excludable in computing the time

7       from the filing of the criminal complaint through which the government must assert

8       an criminal Information or seek an Indictment by the Grand Jury pursuant to the

9       Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when

10      considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)

11      and 3161(h)(7)(B)(iv).

12   6.  This is the first request for a continuance.

13     Dated this ___ day of February 2021.

14
                                              Respectfully Submitted,

15
                                              NICHOLAS A. TRUTANICH
16                                            United States Attorney

17
                                              EDWARD G. VERONDA
18                                            Assistant United States Attorney

19                                            NICHOLAS WOOLDRIDGE, ESQ.
                                              Counsel for defendant Jaquavius Powell
20

21

22

23   NICHOLAS A. TRUTANICH
     United States Attorney
     District of Nevada
24   Nevada Bar Number 13644

                                     2

1  EDWARD G. VERONDA
   Assistant United States Attorney
2  501 Las Vegas Boulevard South
   Suite 1100
3  Las Vegas, Nevada  89101
   702-388-6336
4  Edward.G.Veronda@usdoj.gov

5              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEVADA
6

7  United States of America,           )
                                       )  Case No.: 2:21 mj 00150-EJY
8              Plaintiff,              )
                                       )  Stipulation   to   Continue   Preliminary
9        vs.                           )  Hearing Date (First Request)
                                       )
10 JACQUAVIUS TRISHUN POWELL           )
                                       )
11             Defendants.             )
                                       )
12                                     )
                                       )

13

14                     FINDINGS OF FACT

15     Based on the pending Stipulation of counsel, and good cause appearing therefore, the

16 Court finds that:

17     1.  The period within which the government may assert an Information or seek an

18         Indictment through the Grand Jury against the defendant is hereby extended from

19         the date of the filing of the complaint up through and including May 4, 2021.

20     2.  The government will provide counsel for the defendant with limited Rule 16

21         Discovery in order to facilitate a pre-indictment resolution.  Counsel for the

22         defendant requests an opportunity to review the discovery and discuss it with his

23         client prior to a preliminary hearing or an indictment.

24

                                    3

3.  Both counsel for the defendant and counsel for the government agree to the continuance.

4.  The defendant is not detained and agrees to the continuance.

5.  The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6.  This is the first request to continue the preliminary hearing.

For all of the above-stated reasons, the end of justice would best be served by a continuance of the preliminary hearing.

## ORDER

IT IS ORDERED that the preliminary hearing currently scheduled for March 4, 2021, at 4:00 p.m. be vacated and continued to May 3, 2021, at the hour of 4:00 p.m., in Courtroom 3A.

DATED this 23rd day of February 2021.

_____
UNITED STATES MAGISTRATE JUDGE